IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| WELLS FARGO BANK, N.A. AS SERVICING AGENT FOR THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW YORK AS TRUSTEE FOR NAAC REPERFORMING LOAN REMIC TRUST CERTIFICATES, SERIES 2004-R1<br>    Plaintiff,<br><br>VS.<br><br>J.C. HALL a/k/a JOHN C. HALL, KELLY HALL, GAIN G. STINSON, GEORGANN G. STINSON, DEPARTMENT OF THE TREASURY-INTERNAL REVENUE SERVICE, TEXAS WORKFORCE COMMISSION, TRINITY VALLEY FOODS, INC., CA NEW PLAN FIXED RATE PARTNERSHIP, L.P., EARL GORDON, MIDLAND FUNDING, LLC ASSIGNEE OF ASPIRE VISA, PATRICK O'CONNOR & ASSOCIATES, LLP,<br>    Defendant. | § § § § § § § § § § § § § § § § § § § § § § § § § | Civil Action No. 3:16-cv-02424-N |

## ENTRY OF DEFAULT AGAINST MIDLAND FUNDING, LLC, AS ASSIGNEE OF ASPIRE VISA

Wells Fargo Bank NA as servicing agent for The Bank of New York Mellon formerly known as The Bank of New York as Trustee for NAAC Reperforming Loan REMIC Trust Certificates, Series 2004-R1 ("Plaintiff") has requested in writing that the Clerk of this Court enter the default of Defendant Midland Funding, LLC, Assignee of Aspire Visa under Rule 55(a), Federal Rules of Civil Procedure. It appearing from the record that Defendant Midland Funding, LLC, Assignee of Aspire Visa has failed to appear, plead or otherwise defend, the default of

Defendant Midland Funding, LLC, Assignee of Aspire Visa is hereby entered pursuant to Rule 55(a), Federal Rules of Civil Procedure.

    Dated this _____ day of _____, 2016

    _____
    Karen Mitchell, Clerk of Court

    by:_____